APPEAL No. 78-79. LAWRENCE J. DELANEY, M.D. *v.* STATE BOARD OF MEDICAL REVIEW. This is an appeal from a judgment entered in the Superior Court denying and dismissing a civil action in which the plaintiff sought to enjoin the defendant board from holding a hearing pursuant to the

pertinent provisions of G.L. 1956 (1976 Reenactment) §5-37.1-1 *et seq. (1978 Cum. Supp.). The record before us* indicates that the hearing which the plaintiff sought to have enjoined has been held.

Accordingly, the plaintiff's appeal is denied and dismissed. *Frank O. Lind, Jr.,* for plaintiff. *James J. Jerue,* for defendant.

APRIL 19, 1979.